

1  PHILIP A. TALBERT
   Acting United States Attorney
2  DANIEL J. GRIFFIN
   Assistant U.S. Attorneys
3  4401 Federal Building
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559) 497-4000

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                       EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,        )   CASE NO. 1:16-mj-144 BAM
10                                  )
           Plaintiff,               )   MOTION AND ORDER
11                                  )   TO UNSEAL ~~INDICTMENT~~ Complaint
       v.                           )
12                                  )
   RASHAD HALFORD ET AL.            )
13                                  )
           Defendants.              )
14                                  )
   _____)
15

16      The Complaint in this case, having been sealed by Order of the

17 Court, and it appears that it no longer need remain secret,

18      The United States of America, by and through Philip A. Talbert,

19 Acting United States Attorney, and Kimberly A. Sanchez and

20 Christopher D. Baker, Assistant United States Attorneys, hereby moves

21 that the Complaint in this case be unsealed and made public record.

22 Dated:  November 3, 2016              PHILIP A. TALBERT
                                         ACTING UNITED STATES ATTORNEY
23
                                   BY:   /s/ Kimberly A. Sanchez
24                                       KIMBERLY A. SANCHEZ
                                         Assistant U.S. Attorney
25

26    **IT IS SO ORDERED.**

27 DATED: November 3, 2016           _____
                                     Honorable BARBARA A. McAULIFFE
28                                   U.S. MAGISTRATE JUDGE