1  RICHARD M. OBERTO
   ATTORNEY AT LAW
2  State Bar NO. 247285
   516 W. Shaw Ave., Ste. 200
3  Fresno, California 93704
   Telephone: (559) 221-2557
4
   Attorney for Defendant,
5  Rashad Halford

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00190-DAD-BAM-1 |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| RASHAD HALFORD, | |
| Defendant. | |

To the above entitled District Court and the attorneys for the parties:

    Please take notice that the parties in the case have agreed to continue the sentencing date of the defendant Rashad Halford ("Mr. Halford") from the currently scheduled date of December 11, 2017, to the new date of January 29, 2018, at 10 a.m., in the Courtroom 5 of the above-entitled Court, in the Fresno Division, before the Honorable District Court Judge Dale A. Drozd. The continuance is on the grounds set forth in Mr. Halford's motion for continuance filed on November 13, 2017, along with the correction he filed the following day. The parties agree that the continuance here is reasonable and necessary.

    For the reasons stated above, the parties stipulate as follows;

1.     That Mr. Halford sentencing date be continued from the currently scheduled date of December 11, 2017, to the new date of January 29, 2018, at 10 a.m., in Courtroom 5 of the above-entitled Court, in the Fresno Division, before the

Honorable District Court Judge Dale A. Drozd.

2. That the hearing scheduled for November 27, 2017, on the motion for continuance filed on November 13, 2017, by Mr. Halford should be vacated based on the resolution of the issue herein.

DATED: 11/15/17                  */s/ Christopher D. Baker*
                                                   Christopher D. Baker
                                                   Assistant U.S. Attorney

DATED: 11/14/17                  */s/ Richard M. Oberto*
                                                   RICHARD M. OBERTO
                                                   Attorney for Defendant,
                                                   Rashad Halford

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for December 11, 2017, is continued until January 29, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd. The hearing on the motion for continuance for November 27, 2017, based on Mr. Halford's pleading (Doc. 48) filed November 13, 2017, is VACATED.

IT IS SO ORDERED.

Dated: **November 15, 2017**                  _/s/ Dale A. Drozd_
                                                              UNITED STATES DISTRICT JUDGE