| | |
|---|---|
| 1 | RICHARD M. OBERTO |
| | ATTORNEY AT LAW |
| 2 | State Bar NO. 247285 |
| | 516 W. Shaw Ave., Ste. 200 |
| 3 | Fresno, California 93704 |
| | Telephone: (559) 221-2557 |
| 4 | |
| | Attorney for Defendant, |
| 5 | Rashad Halford |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00190-DAD-BAM-1 |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| RASHAD HALFORD, | |
| Defendant. | |

To the above entitled District Court and the attorneys for the parties:

    Please take notice that the parties in the case have agreed to continue the sentencing date of the defendant Rashad Halford ("Mr. Halford") from the currently scheduled date of January 29, 2018, to the new date of March 12, 2018, at 10 a.m., in Courtroom 5 of the above-entitled court, in the Fresno Division, before the Honorable District Court Judge Dale A. Drozd. The continuance is on the grounds that the defense needs additional time to evaluate Mr. Halford's psychological condition in preparation for sentencing. The defense has produced a couple reasons why the evaluation of Mr. Halford's mental condition has been delayed. First, after the change of plea, Mr. Halford was transported to a detention facility in Lerdo, California, where he was not available in Fresno for a proper full contact evaluation. Second, Mr. Halford recently had a health scare (i.e. lump on chest) that turned out to be nothing, but that required he remain in Lerdo for a scheduled medical examination. Now with the health scare behind him Mr. Halford, the defense

1

| | |
|---|---|
| 1 | can arrange for the Federal Marshall's to transport Mr. Halford to the Fresno County Jail for a full |
| 2 | contact interview. Nonetheless, the defense will not be able to complete that evaluation until the |
| 3 | middle of latter part of January 2018. After evaluating Mr. Halford in an appropriate full contact |
| 4 | setting, the defense and sentencing strategy. |

The parties agree that the continuance here is reasonable, necessary, and in the interests of justice.

For the reasons stated above, the parties stipulate as follows:

1. That Mr. Halford's sentencing date be continued from the currently scheduled date of January 29, 2018, to the new date of March 12, 2018, at 10 a.m., in Court Room 5 of the above-entitled Court, in the Fresno Division, before the Honorable District Court Judge Dale. A. Drozd.

DATED: 12/20/2017        /s/ Kimberly A. Sanchez
                          Kimberly A. Sanchez
                          Assistant U.S. Attorney

DATED: 12/20/17          /s/ Richard M. Oberto
                          RICHARD M. OBERTO
                          Attorney for Defendant,
                          Rashad Halford

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for January 29, 2018, is continued until March 12, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **December 20, 2017**        /s/ Dale A. Drozd
                                     UNITED STATES DISTRICT JUDGE